# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE EDWARD MADRID,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-01006-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SCHEDULING ORDER<br><br>ORDER REQUIRING PLAINTIFF TO SERVE COMPLAINT ON DEFENDANT<br><br>(ECF Nos. 1, 3) |

On July 21, 2020, Jose Edward Madrid ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.)  Plaintiff paid the filing fee in full.  (Id.)  On July 21, 2020, the Clerk of the Court issued a notice that this action has been stayed pursuant to General Order No. 615.  (ECF No. 3.)  Despite the stay of social security actions pursuant to General Order No. 615, it has been the practice of the undersigned to proceed with issuing a summons and scheduling order in such actions, and then subsequently notifying all parties of the stay of the action following service of the complaint on the Defendant.  Accordingly, the Court shall direct the Clerk of the Court to issue a summons and scheduling order for this action.

Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.**  Plaintiff shall promptly file proof of service with the Court upon

1

1  completion of service.

2        Accordingly, IT IS HEREBY ORDERED THAT:

3      1.     The Clerk of Court is DIRECTED to issue a summons and scheduling order; and

4      2.     Plaintiff shall serve the complaint on Defendant in accordance with the

5         scheduling order to be issued.

6

7  IT IS SO ORDERED.

8  Dated:  **July 22, 2020**

                           UNITED STATES MAGISTRATE JUDGE